No. 740. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* COLÓN, DEFENDANT AND APPELLANT.—

No. 741. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SANTIAGO, DEFENDANT AND APPELLANT.—

No. 742. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.—

No. 743. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RAMOS, DEFENDANT AND APPELLANT.—

Appeals from the District Court of Mayagüez in prosecutions for violations of the Election Law. Decided December 16, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

---

No. 1250. LÓPEZ ET AL., PLAINTIFFS AND APPELLANTS *v.* SALDAÑA ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 1, in an action for annulment of contract, damages, etc. Motion by respondents to dismiss the appeal for failure to file a transcript of the record. Decided December 16, 1914. Appeal dismissed. *Mr. Juan Gregory, Jr.,* for the appellants. *Mr. Antonio Sarmiento* for the respondents.

---

No. 745. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VÉLEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez in a prosecution for carrying prohibited weapons. Decided December 17, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.